UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAREN BECKER,

                            Plaintiff,

      vs                                                   1:08-CV-192

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

PETER M. MARGOLIUS, ESQ.
Attorney for Plaintiff
7 Howard Street
Catskill, New York 12414

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GENERAL COUNSEL
Region II                                          SOMMATTIE RAMRUP, ESQ.
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff filed this action in February 2008, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits ("DIB") and Supplemental Security Income ("SSI"). By Report-Recommendation dated August 24, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the Commissioner's decision denying disability benefits be remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that the Commissioner's decision denying disability benefits is REMANDED for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

_____
United States District Judge

Dated:   September 9, 2009
         Utica, New York.