# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KAREN BECKER**

vs.                                              CASE NUMBER: 1:08-CV-192

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of Magistrate Judge Bianchini is accepted and adopted in whole, and that the Commissioner's decision denying disability benefits is REMANDED for further proceedings.

All of the above pursuant to the order of the Honorable Judge HON. DAVID N. HURD, U.S. District Judge, dated the 9th day of September, 2009.

DATED: September 9, 2009

*[signature]*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk

entered and served 9/9/09